# Order

**Michigan Supreme
Court
Lansing, Michigan**

February 17, 2015

Robert P. Young, Jr.,
Chief Justice

150510(57)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

TAMARA FILAS,
      Plaintiff-Appellant,

v

SC: 150510
COA: 316822
Wayne CC: 12-016693-NF

MEEMIC INSURANCE COMPANY,
      Defendant-Appellee.
_____/

      On order of the Chief Justice, the motion of the plaintiff-appellant for leave to file a reply brief in excess of the page limit restriction of MCR 7.302(E) is GRANTED. The 19-page reply brief submitted on February 3, 2015, is accepted for filing.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 17, 2015



_____